UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR BALLAST and LUIS SIMONE,
Individually and on Behalf of All Others
Similarly Situated,

                Plaintiffs,

– against –

WORKFORCE7 INC., SAFEWAY
CONSTRUCTION ENTERPRISES, LLC,
M.J. ELECTRIC, LLC, CONSOLIDATED
EDISON COMPANY OF NEW YORK, INC.,
JOHN DOE CORP. #1, and RONALD
HILTON, Jointly and Severally,

                Defendants.

**ORDER**

20 Civ. 3812 (ER)

RAMOS, D.J.:

      On May 15, 2020, Victor Ballast brought this proposed class action against Consolidated Edison Company of New York, Inc. ("Con Edison") and others for violations of the Fair Labor Standards Act and New York Labor Law. Doc. 1. On August 14, 2020, the Court granted Con Edison's request for a premotion conference on its proposed motion to dismiss. Doc. 31. In advance of the premotion conference, Ballast is directed to respond to the arguments in Con Edison's request for a premotion conference, Doc. 30, by **September 21, 2020**.

      It is SO ORDERED.

Dated:  August 17, 2020
          New York, New York

                                                      EDGARDO RAMOS, U.S.D.J.