UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR BALLAST and LUIS SIMONE,
Individually and on Behalf of All Others
Similarly Situated,

                Plaintiffs,

– against –

WORKFORCE7 INC., SAFEWAY
CONSTRUCTION ENTERPRISES, LLC,
M.J. ELECTRIC, LLC, CONSOLIDATED
EDISON COMPANY OF NEW YORK, INC.,
JOHN DOE CORP. #1, and RONALD
HILTON, Jointly and Severally,

                Defendants.

**ORDER**

20 Civ. 3812 (ER)

RAMOS, D.J.:

      On May 15, 2020, Victor Ballast brought this proposed class action against Consolidated Edison Company of New York, Inc. ("Con Edison") and others for violations of the Fair Labor Standards Act and New York Labor Law.  Doc. 1.  At the premotion conference held on September 24, 2020, the Court granted Con Edison leave to file a motion to dismiss, and granted Plaintiffs leave to cross-move to amend the complaint.  The Court **revises** the deadlines provided to the parties at the September 24 conference as follows:  Con Edison's motion to dismiss is due October 15, 2020, Plaintiffs' opposition and cross-motion to amend is due November 5, 2020, ConEdison's reply and response to the cross-motion is due November 30, 2020, and Plaintiffs' reply is due December 14, 2020.

      It is SO ORDERED.

Dated: September 24, 2020
       New York, New York

                                      EDGARDO RAMOS, U.S.D.J.