

Littler Mendelson, P.C.
900 Third Avenue
New York, NY  10022.3298

**MEMO ENDORSED**

Eli Z. Freedberg
212.583.2685 direct
212.583.9600 main
212.954.5011 fax
efreedberg@littler.com

December 9, 2020

**VIA ECF**

Hon. Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Con Edison's request to withdraw its motion to dismiss, Doc. 56, is granted.  The Clerk of Court is directed to terminate the motion, Doc. 56.
>
> It is SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 12/9/2020
> New York, New York

Re:     *Ballast, et al. v. Workforce7, Inc., et al.,* No. 1:20-cv-03812 (ER)

Dear Judge Ramos:

      On behalf of Defendant Consolidated Edison Company of New York, Inc. ("Con Edison"), and as directed by this Court's Order dated December 3, 2020 (Doc. 67), we write to inform the Court that Con Edison hereby withdraws its Motion to Dismiss Claims Asserted Against Con Edison (Doc. 56), filed on October 15, 2020.  Con Edison reserves all of its rights with respect to the claims asserted against it.

Respectfully submitted,

*/s Eli Freedberg*

Eli Z. Freedberg
Shareholder

EZF/prp

cc:     All Counsel of Record (via ECF)