UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR BALLAST, LUIS SIMONE and MARQUIS RICHARDSON, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>              -v-<br><br>WORKFORCE 7 INC., CONSOLIDATED EDISON COMPANY of NEW YORK, INC., VALI INDUSTRIES, INC. and RONALD HILTON, Jointly and Severally,<br><br>              Defendants. | Civil Action No. 1:20-cv-03812 (ER)<br><br>**REVISED CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER** |

**WHEREAS**, the Court having entered a Civil Case Discovery Plan and Scheduling Order on July 9, 2021 (Dkt. No. 93); and

**WHEREAS** the Parties have agreed to modify portions of the June 9, 2021 Civil Case Discovery Plan and Scheduling Order subject to the Court's approval;

**IT IS HEREBY ORDERED:**

1.    The terms of the July 9, 2021 Civil Case Discovery Plan and Scheduling Order shall continue in full force and effect except for the following modifications:

        a.    Non-expert depositions shall be completed by 60 days from decision on Plaintiffs' August 9, 2021 Motion to Conditionally Certify an FLSA Collective Action and Authorize Notice to All Persons Similarly Situated (Dkt. Nos. 94-96, 104-106, 108-109, 110-112, 117);

        b.    Any further interrogatories, including expert interrogatories, shall be served no later than 14 days from date to complete non-expert depositions;

    c.    Requests to Admit, if any, shall be served no later than 14 days from date to complete non-expert depositions;

    d.    Expert reports shall be served no later than 30 days from date to serve further interrogatories and Requests to Admit;

    e.    Rebuttal expert reports shall be served no later than 30 days from date to serve expert reports;

    f.    Expert depositions shall be completed by 30 days from date for rebuttal expert reports;

    g.    **ALL DISCOVERY SHALL BE COMPLETED BY** 30 days from date to complete expert depositions.

**SO ORDERED.**

Dated:  November 23, 2021
          New York, New York

_____
HONORABLE EDGARDO RAMOS
United States District Judge