UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR BALLAST, LUIS SIMONE, and MARQUIS
RICHARDSON, *Individually and On Behalf of All Others
Similarly Situated*,

                    Plaintiffs,

            – against –

WORKFORCE7 INC., CONSOLIDATED EDISON
COMPANY OF NEW YORK, VALI INDUSTRIES,
INC., AND RONAD HILTON, *Jointly and severally*,

                    Defendants.

**ORDER**

20 Civ. 3812 (ER)

Ramos, D.J.:

        On April 20, 2022, Defendant Consolidated Edison Company of New York, Inc. ("Con

Edison"), requested a conference on its intent to renew its motion to dismiss Plaintiff Marquis

Richardson's claims.  Doc. 240.  On May 4, 2022, the hearing was held.  Because Richardson

has repeatedly failed to abide by Court orders and participate in Con Edison's requests for

written discovery—and for the other reasons set forth on the record—the Court dismisses

Richardson's claims with prejudice.

        It is SO ORDERED.

Dated:    May 4, 2022
          New York, New York

_____
                    Edgardo Ramos, U.S.D.J.