

**Justin Marino,** Partner    o: (212) 939-7228    f: (212) 531-6129
a: 2000 Deer Park Avenue, Deer Park, NY 11729
e: jmarino@stevensonmarino.com

December 13, 2023

<u>VIA ECF FILING</u>

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

    Re:  Ballast v. Workforce7 Inc., Consolidated Edison Company of New York, Inc., Vali Industries, Inc., and Ronald Hilton, et al.
<u>Civil Action No. 20-cv-3812 (ER)</u>

Dear District Judge Ramos:

    This office represents Vali Industries, Inc. ("Defendant") in the above-referenced matter. Defendant writes to request an extension of the November 22, 2023 Order, which requires Defendant to submit additional arguments in connection with the Con Edison's motion to dismiss. We request an extension from December 13, 2023 to and including December 22.

    Defendant requests the foregoing extension because the undersigned is presently ill. Plaintiff's counsel consents to the foregoing request. Thank you in advance for your consideration of the foregoing.

    Respectfully Submitted,

    /s/ Justin R. Marino
    Justin R. Marino
    *Attorneys for Defendant*
    Vali Industries, Inc.

cc: Plaintiff's Counsel (via ECF only)

---

Vali's request for an extension of its time to submit additional arguments in connection with the motion to dismiss, until December 22, 2023, is granted.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: <u>December 13, 2023</u>
New York, New York