# PELTON GRAHAM LLC
### ADVOCATES FOR JUSTICE

Brent E. Pelton, Esq.
Pelton@PeltonGraham.com

June 18, 2025

**VIA CM/ECF**

Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Room 619
New York, New York 10007

      Re:    *Ballast, et al. v. Workforce7 Inc., et al.*
              **Civil Action No.: 20-CV-03812 (ER)**

Dear Judge Ramos:

      This office represents the plaintiffs in the above-referenced action. We write, jointly with counsel for Workforce7 Inc. ("Workforce7") and Vali Industries, Inc. ("Vali Industries") to respectfully request an extension of time from June 23, 2025 to July 23, 2025 to file the motion for preliminary approval of the settlement between Plaintiffs, Vali Industries and Workforce7. The parties request this extension of time to allow additional time to finalize the settlement agreement and relevant preliminary approval motion papers. This is the parties' first request for an extension of this deadline.

      We appreciate Your Honor's attention to this matter.

                                       Respectfully submitted,

                                       */s/ Brent E. Pelton*

                                       Brent E. Pelton, Esq. of
                                       PELTON GRAHAM LLC

cc:    All Counsel (via CM/ECF)

---

**MEMO ENDORSED**

The request is granted. The deadline to file the motion for preliminary approval of the class settlement is July 23, 2025.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: June 18, 2025
New York, New York