# PELTON GRAHAM LLC
### ADVOCATES FOR JUSTICE

July 22, 2025

Brent E. Pelton, Esq.
Pelton@PeltonGraham.com

**VIA CM/ECF**

Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Room 619
New York, New York 10007

> **MEMO ENDORSED**
>
> The request is granted. The deadline to file the motion for preliminary approval of the settlement between Plaintiffs, Vali Industries, and Workforce7 is now August 27, 2025.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: July 22, 2025
> New York, New York

Re: *Ballast, et al. v. Workforce7 Inc., et al.*
    **Civil Action No.: 20-CV-03812 (ER)**

Dear Judge Ramos:

    This office represents the plaintiffs in the above-referenced action. We write, jointly with counsel for Workforce7 Inc. ("Workforce7") and Vali Industries, Inc. ("Vali Industries"), to respectfully request an extension of time from July 23, 2025 to August 27, 2025 to file the motion for preliminary approval of the settlement between Plaintiffs, Vali Industries, and Workforce7.

    Although the parties previously exchanged draft settlement materials, additional time is needed to complete the review process and finalize the motion papers. Workforce7 and Vali Industries have agreed to provide any outstanding comments by the end of this week so that the parties can move forward promptly. Subject to that timeline, the parties anticipate making progress toward finalizing the agreement in the near term. This is the parties' second request for an extension of this deadline.

    We appreciate Your Honor's attention to this matter.

Respectfully submitted,

*/s/ Brent E. Pelton*

Brent E. Pelton, Esq. of
PELTON GRAHAM LLC

cc: All Counsel (via CM/ECF)