**MEMO ENDORSED**



Joey Tsai
535 5th Avenue
Fourth Floor
New York, NY 10017

T. 646.829.9001
F. 646.829.9002
jtsai@tsaipllc.com
www.tsaipllc.com
Admitted to practice law in
New York and New Jersey

August 26, 2025

**VIA ECF**
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

> The request is granted. The deadline to file the motion for preliminary approval of the settlement agreement is extended to September 26, 2025.
>
> SO ORDERED.
>
> /s/ Edgardo Ramos
> Edgardo Ramos, U.S.D.J.
> Dated: August 26, 2025
> New York, New York

Re: *Ballast et al. v. Workforce7 Inc. et al (20-cv-3812)(ER)*
*Request for Extension of Time re Settlement Approval*

Dear Judge Ramos,

We represent Defendants Workforce7 Inc. and Ronald Hilton (collectively referred to as "Workforce7") in the above-referenced matter. We write, jointly with counsel for the Plaintiffs and Vali Industries, Inc. ("Vali Industries"), to respectfully request an extension of time from August 27, 2025 to September 26, 2025 to file the motion for preliminary approval of the settlement between Plaintiffs, Vali Industries, and Workforce7.

The Parties continued to exchange draft settlement materials since the last request for an extension, but additional time is required to complete the agreement and finalize the motion papers. This is the Parties' third request for an extension of this deadline.

We thank the Court for its time and attention.

Respectfully submitted,
/s/ Joey Tsai
Joey Tsai
*Attorney for Defendants Workforce7 Inc.
and Ronald Hilton*

cc: All Counsel of Record (VIA ECF)