# PELTON GRAHAM LLC
### ADVOCATES FOR JUSTICE

October 24, 2025

Brent E. Pelton, Esq.
Pelton@PeltonGraham.com

**VIA CM/ECF**

Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Room 619
New York, New York 10007

      Re:    *Ballast, et al. v. Workforce7 Inc., et al.*
                **Civil Action No.: 20-CV-03812 (ER)**

Dear Judge Ramos:

      This office represents the plaintiffs in the above-referenced action. We write, jointly with counsel for Workforce7 Inc. ("Workforce7") and Vali Industries, Inc. ("Vali Industries"), to respectfully request an extension of time from October 27, 2025 to December 1, 2025 to file the motion for preliminary approval of the settlement between Plaintiffs, Vali Industries, and Workforce7.

      While the parties have exchanged and substantially completed draft settlement materials, additional time is needed to finalize the settlement agreement and accompanying motion papers. This is the parties' fifth request for an extension of this deadline.

      We appreciate Your Honor's attention to this matter.

Respectfully submitted,

/s/ Brent E. Pelton

Brent E. Pelton, Esq. of
PELTON GRAHAM LLC

cc:    All Counsel (via CM/ECF)

---

**MEMO ENDORSED**

The request is granted. The deadline to file the motion for preliminary approval of the settlement agreement is extended to December 1, 2025.

SO ORDERED.

*[signature]*

Edgardo Ramos, U.S.D.J.
Dated: October 24, 2025
New York, New York