

Littler Mendelson P.C.
900 Third Avenue
New York, NY 10022.3298

Eli Z. Freedberg
212.583.2685 direct
212.583.9600 main
212.954.5011 fax
efreedberg@littler.com

November 17, 2025

**VIA ECF**

**MEMO ENDORSED**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Ballast, et al. v. Workforce7 Inc., et al.*, Case No. 1:20-cv-03812-ER

Dear Judge Ramos:

This firm represents Consolidated Edison Company of New York, Inc. ("Con Edison") in this action. We write, with Plaintiffs' consent, to request a stay of the pending discovery deadlines set in the October 3, 2025 Revised Civil Case Discovery Plan and Scheduling Order (Dkt. No. 394). We submit this request because Plaintiffs and Con Edison are engaging in settlement discussions with respect to Plaintiffs' remaining breach of contract (prevailing wage) claim (Count 10) in this action, have engaged JAMS mediator Stephen Sonnenberg, and have a mediation scheduled for March 26, 2026. As such, the parties respectfully request that discovery be stayed pending the March 26, 2026 mediation. The parties further propose that a joint status letter be submitted within seven (7) days following the mediation and that the Court schedule a status conference shortly thereafter to address next steps and a revised case management schedule, if necessary. The instant request, if granted, would enable Con Edison and Plaintiffs to focus their efforts and resources toward preparing for the mediation and further settlement negotiations.

This is the parties' first request for a stay of this proceeding, pending settlement discussions between Plaintiffs and Con Edison.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Eli Z. Freedberg
Shareholder

cc: All Counsel of Record (via ECF)

> The request for a stay of the pending discovery deadlines set in the October 3, 2025 Revised Discovery Plan and Scheduling Order (Doc. 394) is granted. The parties are hereby ordered to submit a status letter by April 2, 2026. A telephonic status conference will be held on April 10, 2026, at 11:30 a.m. The parties are instructed to call (855) 244-8681; enter access code 2301 087 7354#; and enter # again when asked to enter the attendee ID number. The parties are further instructed to join the call five (5) minutes prior to the conference's start time. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: November 17, 2025
> New York, New York

littler.com