# PELTON GRAHAM LLC

### ADVOCATES FOR JUSTICE

Brent E. Pelton, Esq.
Pelton@PeltonGraham.com

December 1, 2025

**VIA CM/ECF**

Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Room 619
New York, New York 10007

> **Re:**    ***Ballast, et al. v. Workforce7 Inc., et al.***
> **Civil Action No.: 20-CV-03812 (ER)**

Dear Judge Ramos:

This office represents the plaintiffs in the above-referenced action. We write, jointly with counsel for Workforce7 Inc. ("Workforce7") and Vali Industries, Inc. ("Vali Industries"), to respectfully request an extension of time from December 1, 2025 to January 16, 2026 to file the motion for preliminary approval of the settlement between Plaintiffs, Vali Industries, and Workforce7.

While the parties have made progress toward finalizing the settlement agreement, certain items necessary to complete the preliminary approval papers remain outstanding, including comments on the most recent draft of the settlement agreement circulated by Plaintiffs' counsel and information regarding the full scope of the Workforce7 Settlement Class. If the information necessary to complete the preliminary approval papers is not provided by January 5, 2026, Plaintiffs would respectfully request a status conference with the Court.

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

/s/ Brent E. Pelton

Brent E. Pelton, Esq. of
PELTON GRAHAM LLC

cc:    All Counsel (via CM/ECF)

---

**MEMO ENDORSED**

The request is granted. The deadline to file the motion for preliminary approval of the settlement agreement between Plaintiffs, Vali Industries, and Workforce7 is extended to January 16, 2026. SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: December 1, 2025
New York, New York