UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR BALLAST, LUIS
SIMONE, *and* MARQUIS
RICHARDSON, *Individually and On
Behalf of All Others Similarly Situated*

          Plaintiffs,

      – *against* –

WORKFORCE7 INC.,
CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC., VALI
INDUSTRIES, INC., *and* RONALD
HILTON, *Jointly and Severally*

          Defendants.

**<u>ORDER</u>**

20-cv-3812 (ER)

<u>RAMOS</u>, D.J.:

     Victor Ballast, Luis Simone, Richard Walker, and Orlando Obret brought this collective and class action on behalf of all similarly situated construction site flaggers (collectively, "Plaintiffs") against Workforce7 Inc. ("Workforce7"), Consolidated Edison Company of New York, Inc. ("Con Ed"), Vali Industries, Inc. ("Vali"), and individual defendant Ronald Hilton (collectively, "Defendants"). Plaintiffs allege Defendants failed to pay minimum wage and overtime in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 206–07, and various provisions of New York Labor Law ("NYLL"). Doc. 279 (Second Amended Complaint, "SAC").

     Pending before the Court is Plaintiffs' motion for class certification, which was filed on June 6, 2025. Doc. 364.

     On May 21, 2025, the Court entered the parties' revised civil case discovery plan and scheduling order, giving Plaintiffs, Workforce7 Inc., Ronald Hilton, and Vali until June 23, 2025 to file their Motion for Preliminary Approval of Class Settlement. Doc. 361 at 1. Since then, the Court has granted all seven requested extensions of this deadline:

- On June 18, 2025, the Court granted the parties' request to extend the deadline to file their motion for preliminary approval of the class settlement between Plaintiffs, Workforce7 Inc., Ronald Hilton, and Vali to July 23, 2025.  Doc. 368.

- On July 22, 2025, the Court once again granted the parties' request to extend the deadline to file the motion for preliminary approval of the settlement to August 27, 2025.  Doc. 380.

- On August 26, 2025, the Court granted the parties' third request to extend the deadline to file the motion for preliminary approval of the settlement to September 26, 2025.  Doc. 390.

- On September 26, 2025, the Court granted the parties' fourth request to extend the deadline to file the motion for preliminary approval of the settlement to October 27, 2025.  Doc. 392.

- On October 24, 2025, the deadline was extended for the fifth time, to December 1, 2025.  Doc. 396.

- On December 1, 2025, the Court granted the parties' sixth request to extend the deadline to file the motion for preliminary approval of the settlement to January 16, 2026.  Doc. 400.

- On January 16, 2026, the deadline was extended for the seventh time, to February 28, 2026.  Doc. 402.

Separately, on November 17, 2025, Con Ed filed a letter with the Court, requesting a stay of the pending discovery deadlines in the operative discovery scheduling order, Doc. 394, and informing the Court that Plaintiffs and Con Ed were engaging in settlement discussions with respect to Plaintiffs' remaining breach of contract (prevailing wage) claim (Count 10).  Doc. 397.  As of November 17, 2025, Plaintiffs and Con Ed had engaged Stephen Sonnenberg, a JAMS mediator, and scheduled a mediation for March 26, 2026.  *Id.*  Also on November 17, 2025, the Court granted the stay of the pending discovery deadlines, instructed the parties to submit a status letter by April 2, 2026, and scheduled a telephonic status conference for April 10, 2026 at 11:30 a.m.  Doc. 398.

In light of the ongoing two-track settlement discussions, which would dispose of the case in its entirety if successful, Plaintiffs' motion for class certification, Doc. 364, is

2

placed off-calendar, subject to renewal by letter motion after the parties conclude their settlement discussions

The Clerk of Court is respectfully directed to terminate the motion, Doc. 364.

It is SO ORDERED.

Dated:    January 21, 2026
          New York, New York

_____
EDGARDO RAMOS, U.S.D.J.

3