# PELTON GRAHAM LLC

## ADVOCATES FOR JUSTICE

February 27, 2026

**MEMO ENDORSED**

Brent E. Pelton, Esq.
Pelton@PeltonGraham.com

**VIA CM/ECF**

Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Room 619
New York, New York 10007

> The request is granted. The deadline to file the motion For preliminary approval of the settlement is held in abeyance pending resolution of the outstanding record production issue as described in Plaintiffs' letter dated February 27, 2026, Doc. 404.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: February 27, 2026
> New York, New York

Re:    ***Ballast, et al. v. Workforce7 Inc., et al.***
       **Civil Action No.: 20-CV-03812 (ER)**

Dear Judge Ramos:

This office represents Plaintiffs in the above-referenced action. We write jointly with counsel for Workforce7 Inc. ("Workforce7") and Vali Industries, Inc. ("Vali") to respectfully request that the Court hold in abeyance the February 27, 2026 deadline to file the parties' motion for preliminary approval of their settlement.

In the parties' January 15, 2026 letter request for an extension (Dkt. No. 401), counsel for the Workforce7 Defendants represented that additional time was required to gather certain information regarding the scope of the settlement class and that additional records would be exchanged within approximately twenty-one (21) days. On February 26, 2026, counsel advised that while certain materials had been received, additional records remain outstanding.

Plaintiffs and Workforce7 have scheduled a meet and confer for March 4, 2026 to address the outstanding production. Vali has indicated that it wishes to review the additional records before the parties proceed with finalizing and filing the preliminary approval motion. Accordingly, the parties respectfully request that the Court hold the preliminary approval deadline in abeyance pending resolution of the outstanding record production issue. The parties will promptly update the Court following the meet and confer and advise as to next steps.

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

*/s/ Brent E. Pelton*

Brent E. Pelton, Esq. of
PELTON GRAHAM LLC

cc:    All Counsel (via CM/ECF)