

**Littler**

**MEMO ENDORSED**

Littler Mendelson P.C.
900 Third Avenue
New York, NY 10022.3298

Eli Z. Freedberg
212.583.2685 direct
212.583.9600 main
212.954.5011 fax
efreedberg@littler.com

April 14, 2026

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> The request is granted. The deadline to submit a Revised Civil Case Discovery Plan and Scheduling Order is extended to April 24, 2026.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: April 14, 2026
> New York, New York

**Re:    *Ballast, et al. v. Workforce7 Inc., et al.*, Case No. 1:20-cv-03812-ER**

Dear Judge Ramos:

This firm represents Consolidated Edison Company of New York, Inc. ("Con Edison") in this action. We write, with Plaintiffs' consent, to request an extension of the deadline to submit to the Court a Revised Civil Case Discovery Plan and Scheduling Order ("Revised Discovery Plan").

Pursuant to the telephonic status conference held on April 10, 2026 before Your Honor, the Parties' deadline to submit a Revised Discovery Plan is April 14, 2026. However, the Parties request a brief extension of time until April 24, 2026 to further discuss and agree on the proposed deadlines in the Revised Discovery Plan before filing it with the Court.

This is the Parties' first request for an extension of time to file the Revised Discovery Plan following the April 10, 2026 status conference before Your Honor.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Eli Z. Freedberg
Shareholder

cc:    All Counsel of Record (via ECF)

littler.com